Robert E.L. Bonaparte, OSB #883411
Bonaparte & Bonaparte, LLP
620 SW Main Street, No. 310
Portland, OR 97205
Phone: 503-242-0005
Fax: 503-294-0015
Email: bob@bb-law.net
*Of Attorneys for Plaintiff Jacob Wakeman,
by and through his Guardian ad Litem Kristina Ensbury*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JACOB WAKEMAN, by and through his Guardian ad Litem KRISTINA ENSBURY, | Case No.: 3:21-cv-00200-SB |
| Plaintiff, | DECLARATION OF ROBERT E.L. BONAPARTE |
| v. | |
| EAGLE WEST INSURANCE COMPANY, | |
| Defendant. | |

I, ROBERT E.L. BONAPARTE, under penalty of perjury, do hereby declare:

1. I am counsel for plaintiff in the above matter.

2. I have attached as Exhibit A a true and correct copy of the certified policy of defendant in this matter.

3. I have attached as Exhibit B a true and correct copy of the Original Complaint filed on December 13, 2018 in *Wakeman v. Gaige, Gaige, and Knight*, Wasco County Circuit Court Case No. 18CV56926 ("Wasco County Case").

4. I have attached as Exhibit C a true and correct copy of the docket for the Wasco County Case.

PAGE 1- DECLARATION OF ROBERT E.L. BONAPARTE

**BONAPARTE & BONAPARTE, LLP**
620 SW Main Street, No. 310
Portland, OR 97205
Telephone: (503) 242-0005
email: bob@bb-law.net

5. I have attached as Exhibit D a true and correct copy of Eagle West Insurance Company's letter of February 8, 2019.

6. I have attached as Exhibit E a true and correct copy of Eagle West Insurance Company's counsel's letter of March 7, 2019.

7. I have attached as Exhibit F a true and correct copy of Alexander Wylie's letter of April 5, 2019.

8. I have attached as Exhibit G a true and correct copy of the proposed Amended Complaint in the Wasco County Case that Andrew Wylie sent to Eagle West Insurance Company.

9. I have attached as Exhibit H a true and correct copy of Eagle West Insurance Company's email message of April 5, 2019.

10. I have attached as Exhibit I a true and correct copy of Eagle West Insurance Company's counsel's letter of May 1, 2019.

11. I have attached as Exhibit J a true and correct copy of the Amended Complaint in the Wasco County Case.

12. I have attached as Exhibit K a true and correct copy of the Covenant and Assignment signed July 17, 2020 and July 21, 2020.

13. I have attached as Exhibit L a true and correct copy of the Judgment in the Wasco County Case.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

Executed this 2nd day of August, 2021, at Portland, Oregon.

By /s/ *Robert E.L. Bonaparte*
ROBERT E.L. BONAPARTE

PAGE 2- DECLARATION OF ROBERT E.L. BONAPARTE

BONAPARTE & BONAPARTE, LLP
620 SW MAIN STREET, NO. 310
PORTLAND, OR 97205
Telephone: (503) 242-0005
email: bob@bb-law.net